The Law Offices Of
Young Wooldridge, LLP
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 327-9661
Fax: (661) 327-1087
E-mail: gmuir@youngwooldridge.com

Greg A. Muir, Esq., SBN 106077
Attorneys for Plaintiff, STEPHANIE TENNISON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE TENNISON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAWRENCE FACTOR, INC.; LAB ON LOCALE; X-ZAM LABORATORIES; and DOES 1-25,<br><br>　　　　Defendants. | Case No. 1:16-cv-00247-LJO-JLT<br><br>STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER<br><br>(Doc. 13) |
| LAWRENCE FACTOR, INC.,<br><br>　　　　Cross-Claimant,<br><br>　vs.<br><br>HAGEMEYER NORTH AMERICA, and ROES 1-25,<br><br>　　　　Cross-Defendants. | |

　　　　The parties, by and through their attorneys of record herein, hereby stipulate that the Mandatory Scheduling Conference, currently set for June 20, 2016, be continued for 45 days to allow new counsel, Reuben B. Jacobson, Esq., Steven E. Meyer, Esq., and Jeremiah P. Webb, Esq. of Lewis Brisbois Bisgaard & Smith, LLP to formally substitute in as counsel for the

defendant Lawrence Factor, Inc. and for cross-claimants and cross-defendants to resolve the cross-claim. This would allow new counsel time to review the case so that the parties can participate in a meaningful meet and confer conference prior to the mandatory scheduling conference.

A [Proposed] Order Granting Substitution of Attorney for Lawrence Factors, Inc. is anticipated to be filed with the Court in the next five (5) business days.

DATED: June 6, 2016    YOUNG WOOLDRIDGE, LLP

By:   **/s/ Greg Muir**
    Greg A. Muir, Esq.
    Attorneys for Plaintiff
    STEPHANIE TENNISON

DATED: June 6, 2016

BRADLEY & GMELICH

By:   **/s/ Carol A. Humiston**
    Carole A. Humiston, Esq.
    Attorneys for Defendants LAWRENCE FACTOR, INC.; LAB ON LOCALE; X-ZAM LABORATORIES and Cross-Claimant LAWRENCE FACTOR, INC.,

DATED: June 6, 2016

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By   **/s/ Reuben B. Jacobson**
    Reuben B. Jacobsen, Esq.
    Steven E. Meyer, Esq.
    Jeremiah P. Webb, Esq.
    Attorneys for Defendants
    LAWRENCE FACTOR, INC.

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED:

The Mandatory Scheduling Conference, currently set for June 20, 2016, is hereby continued to August 5, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**June 6, 2016**__                               __**/s/ Jennifer L. Thurston**__
                                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE;
[~~PROPOSED~~] ORDER

3