**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE TENNISON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE FACTOR, INC.; LAB ON LOCALE; and X-ZAM LABORATORIES,<br><br>　　　Defendants. | Case No.: 1:16-cv-00247 - LJO - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE<br><br>(Doc. 18) |

On July 19, 2016, the Court ordered Lawrence Factor, Inc. to file proof of service of the cross-complaint or to show cause why sanctions should not be imposed for its failure to serve and file proof of service of the cross-complaint. (Doc. 18) On July 28, 2016, Lawrence Factor, Inc. filed a Notice of Voluntary Dismissal of its cross-claim against Hagemeyer North America pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. 19) Thus, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated:　**August 5, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE