**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE TENNISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE FACTOR, INC.; LAB ON LOCALE; and X-ZAM LABORATORIES,<br><br>　　　　Defendants.<br>──────────────────────────<br>LAWRENCE FACTOR, INC.,<br><br>　　　　Cross-Claimant,<br><br>　　v.<br><br>HAGEMEYER NORTH AMERICA,<br><br>　　　　Cross-Defendant. | Case No.: 1:16-cv-00247 - LJO - JLT<br><br>ORDER DIRECTING THE CLERK UPDATE THE DOCKET TO REFLECT THE DISMISSAL OF THE CROSS-CLAIM FILED BY LAWRENCE FACTOR, INC., PURSUANT TO THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 19) |

　　　　On July 19, 2016, the Court ordered Lawrence Factor, Inc. to file proof of service of the cross-complaint or to show cause why sanctions should not be imposed for its failure to serve and file proof of service of the cross-complaint. (Doc. 18) On July 28, 2016, Lawrence Factor, Inc. filed a Notice of Voluntary Dismissal of its cross-claim against Hagemeyer North America pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. 19)

　　　　Significantly, under Rule 41, a party "may dismiss an action without a court order by filing: (i)

1

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; . . ." Fed. R. Civ. P. 41(a)(1)(A).  Such a notice is effective as a dismissal without an order of the court.  Fed. R. Civ. Pro. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  However, because the cross- defendant has not been terminated on the docket, the Court **DIRECTS** the Clerk of Court to update the docket to reflect the termination the cross-complaint by Lawrence Factor, Inc. against Hagemeyer North America.

IT IS SO ORDERED.

Dated:     **August 4, 2016**                              **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE