**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Steven E. Meyer, SB# 145333
　Email: steve.meyer@lewisbrisbois.com
Jeremiah P. Webb, SB# 248205
　Email: jeremiah.webb@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel: 213.250.1800 / Fax: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Reuben B. Jacobson, SB# 167972
　Email: reuben.jacobson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Tel: 415.362.2580 / Fax: 415.434.0882

Attorneys for Defendant, LAWRENCE FACTOR, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STEPHANIE TENNISON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAWRENCE FACTOR, INC.; LAB ON LOCALE; X-ZAM LABORATORIES; and DOES 1-25,<br><br>　　　　Defendants. | CASE NO. 1:16-CV-00247-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE NON-EXPERT DISCOVERY CUT-OFF DEADLINE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF KATHLEEN MURPHY, M.D.**<br><br>**(Doc. 29)** |

TO THIS HONORABLE COURT:

　　　　Plaintiff STEPHANIE TENNISON ("Tennison") and Defendant LAWRENCE FACTOR, INC. ("Lawrence Factor") (hereinafter "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　　　1.　　Tennison filed the present action on or about February 22, 2016, alleging four causes of action: (1) Strict product liability; (2) general negligence; (3) breach of implied warranty; and (4) breach of express warrant.

**2.** On August 5, 2016, this Court entered a Pretrial Scheduling Order. The Pretrial Scheduling Order set the non-expert discovery cut-off on May 30, 2017 and trial on March 6, 2018.

**3.** On May 8, 2017, Lawrence Factor noticed the deposition of Kathleen Murphy, M.D. ("Dr. Murphy"), for May 22, 2017. Dr. Murphy is one of Tennison's treating providers.

**4.** Subsequent to Lawrence Factor noticing Dr. Murphy's deposition, Dr. Murphy had a scheduling conflict arise. In order to accommodate Dr. Murphy's schedule, the Parties agreed to continue Dr. Murphy's deposition to June 12, 2017. Dr. Murphy has confirmed her availability for June 12, 2017. Subsequent to this confirmation, Lawrence Factor served an amended notice of deposition of Dr. Murphy for June 12, 2017.

**5.** The Parties have been actively litigating this case, taking numerous non-expert depositions during the month of May. The Parties have traveled to Bakersfield, California, Modesto, California, and Miami, Florida in order to take and complete said non-expert depositions.

**6.** The Parties have made no prior request to extend the non-expert discovery cut-off deadline.

**7.** To accommodate Dr. Murphy, the Parties stipulate, subject to approval of the Court, that the Non Expert Cut-Off for the limited purpose of taking the deposition Dr. Murphy is extended until June 12, 2017. All other dates set forth in the Pretrial Scheduling Order remain unchanged.

///
///
///
///
///
///
///

8. This stipulation and the request herein will not prejudice any of the Parties, and is not made for the purposes of delay or harassment.

Pursuant to Eastern District of California local rule 131(e), counsel for Tennison has authorized counsel for Lawrence Factor, Inc. to electronically sign and submit this joint stipulation.

IT IS SO STIPULATED

DATED: May 23, 2017                     LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Steven E. Meyer*
Steven E. Meyer
Attorneys for Defendant
LAWRENCE FACTOR INC.

DATED: May 23, 2017                     LAW OFFICES OF YOUNG WOOLDRIDGE, LLP

*/s/ Greg A. Muir*
Greg A. Muir
Attorneys for Plaintiff
STEPHANIE TENNISON

ORDER

IT IS SO ORDERED.

Dated: **May 23, 2017**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE