# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE TENNISON, | Case No.: 1:16-cv-00247 - LJO - JLT |
| Plaintiff, | ORDER GRANTING IN PART STIPULATION TO AMEND THE CASE SCHEDULE |
| v. | |
| LAWRENCE FACTOR, INC.; LAB ON LOCALE; and X-ZAM LABORATORIES, | (Doc. 31) |
| Defendants. | |

The parties have stipulated to amend the case schedule to extend virtually all of the remaining case deadlines. (Doc. 31) In doing so, the attorney for the plaintiff, Mr. Muir, reports that he only recently learned that a key witness whom he believed was still employed by the defendant, is no longer employed and he needs time to locate him and depose him. Id. at 4. He reports also that due to treatment that has been "delayed, denied and/or subject to approvals of appeals" in the workers compensation system, has prevented her experts from properly forming their opinions. Id. Only now realizing these delays, are the experts re-grouping and forming their opinions without benefit of the workers compensation determinations and need 30 additional days to do so. Id.

The Court agrees that the new information related to the witness justifies additional time to complete discovery. However, it is not convinced that the delays of the workers compensation do also. Instead, virtually every case of which the Court is aware that has proceeded through that system is suffers from delay. It is the rare case that has no delay. Thus, upon the minimal showing made, the Court does not accept that the delay has only now been discovered rather than having been attendant

on this case for some time. If this is not the case, the Court is at a loss to understand why details related to when the delays occurred were not provided.

Therefore, the Court **ORDERS**:

1. The stipulation to amend the case schedule is **GRANTED in PART** as follows:

    a. All non-expert discovery **SHALL** be completed **no later than June 30, 2017**;

    b. Experts **SHALL** be disclosed **no later than July 14, 2017** and rebuttal experts **SHALL** be disclosed **no later than August 4, 2017**;

    c. All expert discovery **SHALL** be completed **no later than September 1, 2017;**

    d. The settlement conference is **VACATED** but counsel may file a joint stipulation to return it to the Court's calendar when they believe the case is in a settlement posture;

2. In all other respects, the stipulation is **DENIED**.

IT IS SO ORDERED.

Dated: **June 5, 2017**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE