UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHANIE TENNISON, | Case No. 1:16-cv-00247 LJO JLT |
|---|---|
| Plaintiff, | **ORDER GRANTING LIEN CLAIMANT'S REQUEST FOR CLAIMS EXAMINER TO APPEAR BY TELEPHONE** |
| v. | **(Doc. 42)** |
| LAWRENCE FACTOR, et al., | |
| Defendants. | |

The Lien Claimant, Sonepar, requests that its claims examiner, Gisela Barba-Martinez, be permitted to appear by telephone at the settlement conference. (Doc. 42) Good cause appearing, the Court GRANTS the request. Ms. Barba-Martinez **SHALL** be available by telephone throughout the duration of the conference unless excused by the Court.

IT IS SO ORDERED.

Dated: __**January 24, 2018**__   _____**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE