# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE TENNISON,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>LAWRENCE FACTOR, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:16-CV-00247-LJO-JLT<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL** |

On April 2, 2018 Plaintiffs filed a notice indicating that, in light of a settlement reached by all parties, Plaintiffs request dismissal of this lawsuit pursuant to Fed. R. Civ. P. 41(a). ECF No. 49. As the record reveals that the notice is not in the form of a stipulation or a "dismissal [filed] before the opposing party serves either an answer or a motion for summary judgment," *see* ECF No. 8 (Defendants' Answer), the matter cannot be disposed of Pursuant to Rule 41(a)(1)(A). Therefore, approval by the Court is required under Rule 41(a)(2). Where no objection has been received to a dismissal request under this provision, dismissal may be made "on terms that the court considers proper."

Plaintiffs' request is for dismissal with prejudice, each side to bear its own costs and fees. ECF No. 49. As this is requested pursuant to a settlement agreement and no party has objected to these terms, the Court approves the request and HEREBY ORDERS that this matter be DISMISSED WITH PREJUDICE, each side to bear its own costs and fees.

IT IS FURTHER ORDERED that the Clerk of Court shall CLOSE THIS CASE.

IT IS SO ORDERED.

　　Dated: __**April 9, 2018**__　　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE